UNITED STATES BANKRUPTCY COURT                    Chapter 7
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    Case No. 12-73024 (reg)
In re
                                                                             **ORDER   FOR   EXAMINATION**
   JEFFREY ST. CLAIR and CATHLEEN ST. CLAIR,                                  **PURSUANT TO RULE 2004**

                                                             Debtors.
------------------------------------------------------------------------X

        Upon the application of CADLES OF GRASSY MEADOWS II, L.L.C., a creditor

herein, dated June 25, 2012, and sufficient cause appearing, no opposition adverse interest being

represented, and no further notice of this application being required, it is hereby

        ORDERED, that the Debtors, JEFFREY ST. CLAIR and CATHLEEN ST. CLAIR, are

directed to appear for examination and produce documents pursuant to Bankruptcy Rule 2004 of

the Federal Rules of Bankruptcy Procedure at the offices of VLOCK & ASSOCIATES, P.C.,

380 Madison Avenue, 22nd Floor, New York, New York 10017, at a time specified by movant's

attorneys upon twenty days' notice to Debtors and Debtors' counsel by service of

a copy of the Order and a subpoena by certified mail.

**Dated: Central Islip, New York**                              **Robert E. Grossman**
       **June 26, 2012**                                 **United States Bankruptcy Judge**