UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                    CHAPTER 7

    Jeffrey St. Clair and Cathleen St. Clair        Case No.: 12-73024-REG

               Debtor(s)
-----------------------------------------------------------X

## AFFIDAVIT

    We, Jeffrey St. Clair and Cathleen St. Clair, being duly sworn, deposes and says:

1. We are the debtors herein and submit this affidavit at the request of the Court and Counsel for Cadles of Grassy Meadows II, L.L.C. ("Cadles").

2. The documents we have submitted to Counsel for Cadles are the only requested documents in our possession and control.

3. We have not destroyed any documents requested by Cadles in it's subpoena.

4. Since the filing of the bankruptcy, we have not destroyed any of the documents requested by
Cadles.


Dated: March 3, 2013
       New York, NY

                                            Jeffrey St. Clair, Debtor

                                            Cathleen St. Clair, Debtor


Sworn to before me this
___ day of March, 2013

/s/ Narissa A. Joseph
_____
Notary Public of the State of New York
No: 02JO6100080
Qualified in Kings County